IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA HAY, ) <br> on behalf of plaintiff and a class, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CREDIT MANAGEMENT CONTROL, INC., ) <br> JAMES C. THOMPSON and DONALD L. ) <br> SHRIVER, individually and doing business as ) <br> SHRIVER, O'NEILL & THOMPSON, a ) <br> partnership; and BRUCK LAW OFFICES, S.C., ) <br> ) <br> Defendants ) | Case No. 1:18-cv-02107 <br><br> Honorable John Robert Blakey |

## NOTICE OF SETTLEMENT

Plaintiff Lisa Hay through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve the case in its entirety. Plaintiff expects to complete the settlement within the next 45 days and file a Stipulation to Dismiss with prejudice. Plaintiff request that this Court strike all pending dates.

Respectfully submitted,

s/David Kim
David Kim

Daniel A. Edelman
Cathleen M. Combs
David Kim
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, David Kim, hereby certify that on Wednesday, May 16, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon the following:

                                                       s/*David Kim*
                                                       David Kim

Daniel A. Edelman
Cathleen M. Combs
David Kim
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)